IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 23-cv-2450-JPG |
| | : | |
| MISCELLANEOUS FIREARMS and AMMUNITION, | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT AND DECREE FOR FORFEITURE

Pending before the Court is the Motion for Judgment of Forfeiture filed by the United States of America (Doc. 16). On March 28, 2024, Plaintiff United States of America filed an Amended Verified Complaint for Forfeiture against Defendant, described as miscellaneous firearms and ammunition (Doc. 8). The Amended Complaint alleges that the following firearms and ammunition constitute firearms possessed by an unlawful user of a controlled substance and are subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

a. Unknown firearm silencer, bearing no serial number;

b. One Palmetto State Armory, model M4A1 Carbine, 5.56mm caliber (barrel chambered in .223 Wylde) rifle, bearing serial number W007761;

c. One Anderson Manufacturing, model AM-15, multi caliber (barrel chambered for 5.56mm) rifle, bearing serial number 21294228;

d. One Sig Sauer Inc, model SIGM400, .224 Valkyrie caliber rifle, bearing serial number 20L011737;

e. One Panzer Arms, AR Twelve Pro, 12 Gauge Shotgun, bearing serial number MT-20-00763;

f. One Mossberg, model 500 AT, 12 Gauge Shotgun, bearing serial number G734461;

g. One Glock, model 45, 9mm pistol, bearing serial number BUEV748, with attached aftermarket slide; Original Glock slide with aftermarket barrel with firearm;

      h.      218 assorted rounds of 9mm ammunition;

      i.      650 total rounds of assorted ammunition; and

      j.      25 Winchester Super X 12 Gauge shotshell ammunition.

The Amended Complaint further alleges that the Unknown firearm silencer, bearing no serial number, constitutes a firearm involved in or used in a knowing violation of 26 U.S.C. § 5861(d) (receipt or possession of unregistered firearm) and are subject to forfeiture pursuant to 26 U.S.C. § 5872.

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court, and the United States Marshals Service seized the property on July 5, 2024 (Doc. 13).  Notice of this action was also published on an official government website ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning April 6, 2024 (Doc. 12).  On July 10, 2024, the Clerk of Court entered default as to Nicholas J. Lattuca and all interested parties (Doc. 15).

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered against all interested parties and in favor of Plaintiff United States of America. The property, described more fully in items a. through j. above, is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.   The defendant property shall be disposed of according to law by the United States Marshal or by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

    **IT IS SO ORDERED.**
    **DATED:   August 29, 2024**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**